# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00519-CR

**John Frederick Mouton, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-DC-16-301074
## THE HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due October 23, 2017. On counsel's motion, the time for filing was extended to December 22, 2017. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than February 20, 2018. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on February 6, 2018.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish